UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE A. SERPA, | Case No. 2:25-cv-0788-JDP (P) |
| Petitioner, | |
| v. | ORDER |
| UNKNOWN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this action under 28 U.S.C. § 2254. ECF No. 1. He also moves to proceed *in forma pauperis*. ECF No. 6. I will give petitioner leave to amend his petition because it appears that the claims raised therein do not attack the validity of his conviction and, instead, should be brought under 42 U.S.C. § 1983. Petitioner should indicate what type of case he wants to bring should he choose to amend his petition. I will also reserve ruling on his motion to proceed *in forma pauperis* until petitioner determines what sort of action he intends to proceed on.

The petition is before me for preliminary review under Rule 4 of the Rules Governing Section 2254 Cases. Under Rule 4, the judge assigned to the habeas proceeding must examine the habeas petition and order a response to the petition unless it "plainly appears" that the

1

1  petitioner is not entitled to relief.  *See Valdez v. Montgomery*, 918 F.3d 687, 693 (9th Cir. 2019);
2  *Boyd v. Thompson*, 147 F.3d 1124, 1127 (9th Cir. 1998).

3        Petitioner filed this action on a habeas form, but his allegations concern sexual assault that
4  he purportedly endured at the hands of an unknown correctional officer at Corcoran State Prison.
5  ECF No. 1 at 3.  As such, I cannot tell what petitioner's intention is.  If he wishes to attack the
6  sufficiency of his conviction, then he must describe why that conviction is insufficient.  By
7  contrast, if petitioner wishes to bring a § 1983 claim for a violation of his constitutional rights, he
8  must specifically identify what rights were violated and file his complaint on a § 1983 form.  As
9  such, I will give petitioner leave to amend to confirm what type of case he wishes to pursue.

10        Accordingly, it is hereby ORDERED that:

11      1.    The Clerk of Court shall send petitioner a habeas form and a § 1983 form with this
12  order.

13      2.    Within thirty (30) days from the entry of this order, petitioner must return either an
14  amended habeas form or a completed § 1983 form, depending on the type of action he wishes to
15  pursue.

IT IS SO ORDERED.

Dated:   May 30, 2025

                              JEREMY D. PETERSON
                              UNITED STATES MAGISTRATE JUDGE